11 OCT 25 AM 11: 15

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 91cr1083-B |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT AND RECALL OF BENCH WARRANTS |
| JOEL ROSALES-TRUJILLO, JR.(1), HECTOR ROSALES-TRUJILLO (2), | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants JOEL ROSALES-TRUJILLO, JR. (1), and HECTOR ROSALES-TRUJILLO (2) be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the bench warrants for JOEL ROSALES-TRUJILLO, JR. (1) and HECTOR ROSALES-TRUJILLO (2), be recalled.

DATED: 9-24-11

(mdx)

HONORABLE RUDI M. BREWSTER,
Senior Judge United States District Court